# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| United States, | ) | |
| --- | --- | --- |
| Appellee, | ) | No. 13-4967 |
| v. | ) | |
| Johnny Kinlaw Locklear, Jr. | ) | |
| Appellant. | ) | |

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S OPENING BRIEF AND JOINT APPENDIX

Appellant Johnny Kinlaw Locklear, Jr., respectfully requests through counsel two additional days within which to file his Opening Brief and Joint Appendix. Accordingly, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, and Local Rule 31(c), Mr. Locklear requests that the Briefing Order be amended to set the due date for his Opening Brief to May 8, 2014. In support of this motion, Appellant states as follows:

This Court appointed the undersigned counsel as counsel for Mr. Locklear pursuant to the Criminal Justice Act on January 8, 2014.

The Court issued a briefing order in this case setting May 6, 2014, as the due date for Mr. Locklear's Opening Brief and the Joint Appendix.

Mr. Locklear has communicated frequently with counsel over the last several weeks regarding the viability of certain issues to be raised before this

Court. Counsel and Mr. Locklear agreed on May 5th, 2014, to narrow the appeal to a single issue. Modifying the Opening Brief and the Joint Appendix to focus on this issue requires substantial edits to certain portions of the brief and revisions to the Joint Appendix.

Pursuant to Local Rule 27(a), counsel for Mr. Locklear has discussed this motion with counsel for the Government, including informing the Government of the issues to be dropped and included. They have discussed as well appropriate revisions to the Joint Appendix. Counsel for the Government does not oppose the requested extension.

Counsel for Mr. Locklear is mindful of Local Rule 31(c) and its provision that extensions will be granted only when extraordinary circumstances exist. Counsel believes that in this case, the substantial narrowing of issues to be presented to this Court and the very short extension requested are extraordinary circumstances. Accordingly, Mr. Locklear requests through counsel an extension of two days to file his Opening Brief and Joint Appendix.

Mr. Locklear remains incarcerated, serving a fifty-seven month sentence.

For the foregoing reasons, Mr. Locklear respectfully requests that the time to file his Opening Brief and Limited Appendix be set to May 8th, 2014.

Respectfully submitted this 6th day of May, 2014.

/s/ Phillip C. Zane
_____

Phillip C. Zane
GeyerGorey LLP
1776 I Street, NW, Suite 900
Washington, D.C. 20006
202-644-8731
240-525-8736 (facsimile)
phillip.zane@geyergorey.com

Counsel for Appellant
Johnny Kinlaw Locklear, Jr.

## Certificate of Service

  I, Phillip C. Zane, an attorney, hereby certify that the foregoing Appellant's Unopposed Motion to Extend Time to File Appellant's Opening Brief and Joint Appendix was served upon counsel of record for all parties through the Court's CM/ECF system on May 6, 2014.

                /s/ Phillip C. Zane
                _____
                Phillip C. Zane